IN THE UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| DENNIS STARKEY | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 10-CV-00042-C |
| vs. | § | |
| | § | |
| CENTRAL CREDIT SERVICES, INC. | § | |
| Defendant | § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Northern District of Texas, Houston Division, Plaintiff's Notice of Settlement. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

                                            Respectfully submitted,

                                            By: /s/ Dennis R. Kurz
                                            Dennis R. Kurz
                                            Texas State Bar # 24068183
                                            Attorney in Charge for Plaintiffs

WEISBERG & MEYERS, L.L.C.
108 E. 46th Street
Austin, TX 78751
Phone: (512) 436-0036 ext. 116
Facsimile: (866) 317-2674

## **CERTIFICATE OF SERVICE**

      I certify that on July 7, 2010, I electronically filed the foregoing document with the clerk of the U.S. District Court, Northern District of Texas, SAN ANGELO Division using the electronic case filing system of the court.

By: /s/ Dennis R. Kurz
DENNIS R. KURZ
