IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| DENNIS STARKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CENTRAL CREDIT SERVICES, INC., | ) |
| | ) |
| Defendant. | ) Civil Action No. 6:10-CV-042-C |

## ORDER

Counsel for Plaintiff filed a Notice of Settlement on July 7, 2010.[1]  Accordingly, this case is administratively closed without prejudice to its being reopened to enter an order of dismissal or to enter other orders if the settlement is not consummated.  Counsel for Plaintiff is ordered to file the papers necessary to dismiss this action on or before sixty (60) days from the date of this order.

SO ORDERED.

Dated July 8, 2010.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT

---

[1] Defendant has not yet answered or otherwise appeared in this case.