IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| DENNIS STARKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CENTRAL CREDIT SERVICES, INC., ) | |
| ) | |
| Defendant. ) | Civil Action No. 6:10-CV-042-C |

## ORDER OF DISMISSAL

Pursuant to the Notice of Dismissal Pursuant to Settlement filed August 26, 2010,

IT IS ORDERED that this cause is **DISMISSED** with prejudice, with costs taxed against the party incurring same.

Dated August 27, 2010.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT